E-Filed – JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4852-GHK (FMOx) | Date | August 17, 2010 |
|---|---|---|---|
| Title | *Frank Edmunds v. Versa Capital Management, Inc., et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:    (In Chambers)  Order Dismissing Case**

On July 16, 2010, we ordered Plaintiff Frank Edmunds ("Plaintiff") to show cause why we should not dismiss this action for lack of subject matter jurisdiction.  (Dkt. No. 5).  Specifically, we ordered him to identify the members of Holliston, LLC ("Holliston"), so that we could ensure diversity jurisdiction does in fact exist.  On July 27, 2010, Plaintiff filed a First Amended Complaint, in which he alleges that Holliston's sole managing member is Agarista Holdings, LLC ("Agarista"); Plaintiff did not respond to our Order to Show Cause ("First OSC").  On July 30, 2010, we again ordered Plaintiff to show cause why we should not dismiss this case for lack of subject matter jurisdiction and ordered identification of Agarista's members.  (Dkt. No. 8).  On August 11, 2010, Plaintiff responded to our Second OSC and explained that he and opposing counsel have concluded that complete diversity appears to be lacking.  (Dkt. No. 12).  Accordingly, based on this representation, we hereby **DISMISS without prejudice** the above-captioned action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

|   --   :   --   |
|---|
| Initials of Deputy Clerk     Bea |